ADAMS, J.

10 AUG 31 PM 2: 15

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| VICTOR ARRAMBIDE, | ) | CASE NO. 1:08CV0065 |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | MEMORANDUM OF OPINION |
| STUART HUDSON, Warden, | ) | AND ORDER RE: DISMISSING |
| | ) | PETITIONER'S APPLICATION FOR |
| Respondent. | ) | WRIT OF HABEAS CORPUS |

Petitioner *pro se* Victor Arrambide filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, alleging two grounds for relief which challenge the constitutional sufficiency of his conviction for two counts of trafficking in marijuana with juvenile specifications pursuant to Ohio Rev. Code § 2925.03.

The case was referred to Magistrate Judge James S. Gallas for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(2). *See* Order (Doc. 5). Due to the retirement of Magistrate Judge Gallas and pursuant to General Order No. 2008-17, the Magistrate Judge assignment for the case at bar was reassigned from Magistrate Judge Gallas to Magistrate Judge Benita Y. Pearson.

On July 23, 2010, Magistrate Judge Pearson submitted a Report and Recommendation (Doc. 9) recommending that the petition be denied in its entirety.

Fed. R. Civ. P. 72(b) provides that objections to a report and recommendation must be filed within fourteen (14) days after service,[1] but neither party has filed any such objections. Therefore, the Court must assume that the parties are satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the Magistrate Judge is hereby adopted. Victor Arrambide's Petition for a Writ of Habeas Corpus will be dismissed.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. §2253(c); Fed. R. App. P. 22(b).

The Clerk of this Court shall send a copy of the within Order by regular mail to Victor Arrambide at 8912 Turrentine Drive El Paso, Texas 79925.

IT IS SO ORDERED.

August 31, 2010
Date

John R. Adams
U.S. District Judge

---

[1] Petitioner did not submit a written notice of a change of address to the Clerk upon his release from the Mansfield Correctional Institution (ManCI) on June 22, 2010. On August 11, 2010, however, a copy of the Report and Recommendation was mailed to Petitioner at 8912 Turrentine Drive El Paso, Texas 79925, the address provided to the Clerk by ManCI.

2